ROSE SUTHERLAND et al., Appellants, *v.* NEW YORK POLYCLINIC MEDICAL SCHOOL AND HOSPITAL, Respondent.

Argued October 13, 1948; decided October 22, 1948.

*Martin J. Kelly, Jr.,* and *Clarence E. Horn, Jr.,* for appellants. *William B. Shelton* and *John J. O'Connor* for respondent.

Judgment affirmed, with costs; no opinion. [See 298 N. Y. 794.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and FULD, JJ. DYE, J., dissents and votes for reversal and a new trial. Taking no part: THACHER, J.